UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CHARLES ANDERSON,

                Plaintiff,

  -against-                                  1:05-CV-1452
                                                (LEK/DRH)

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

---

## DECISION AND ORDER

This matter comes before the Court following a Report-Recommendation filed on October 23, 2007, by the Honorable David R. Homer, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.  Report-Rec. (Dkt. No. 11).

Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1.  No objections have been raised in the allotted time with respect to Judge Homer's Report-Recommendation.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 11) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that the decision denying disability benefits is **AFFIRMED**, Plaintiff's Motion

1

for a finding of disability (Dkt. No. 8) is **DENIED**; Defendant's Motion for judgment on the pleadings (Dkt. No. 9) is **GRANTED**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:     December 05, 2007
           Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge